IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROSEMARY MCWHORTER, | \* |
| Plaintiff, | \* |
| v. | Case No.  5:22-cv-00237-TES |
| | \* |
| CREDIT BUREAU OF TIFT COUNTY INC, | |
| | \* |
| Defendant. | |
| | \* |

## **JUDGMENT**

Pursuant to this Court's Order dated November 22, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 23rd day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk